UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SUDENGA INDUSTRIES, INCORPORATED,

    Plaintiff,

v.    Case No. 18-2498-DDC

GLOBAL INDUSTRIES, INC.,

    Defendant.

## FIRST AMENDED PATENT SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 56) to amend the initial patent scheduling order entered on October 30, 2018 (ECF No. 48). For good cause shown, the motion is granted, and the scheduling order is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Service of Invalidity Contentions and Document Production Accompanying Invalidity Contentions | 2/8/2019 |
| Exchange of Proposed Terms for Construction | 2/22/2019 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 3/15/2019 |
| File Joint Claim Construction Statement | 4/5/2019 |
| Completion of claim construction discovery | 5/3/2019 |
| Service of opening claim construction brief | 5/17/2019 |
| Service of responsive claim construction brief | 6/14/2019 |
| Service of reply claim construction brief | 6/28/2019 |

All other deadlines set in the initial patent scheduling order remain unchanged. The deadlines set in this first amended patent scheduling order will not be modified except by leave of court upon a showing of good cause.

1

IT IS SO ORDERED.

Dated January 23, 2019, at Kansas City, Kansas.

                                                  s/ James P. O'Hara
                                                  James P. O'Hara
                                                  U.S. Magistrate Judge