UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SUDENGA INDUSTRIES, INCORPORATED,

Plaintiff,

v.  Case No. 18-2498-DDC

GLOBAL INDUSTRIES, INC.,

Defendant.

# SECOND AMENDED PATENT SCHEDULING ORDER

The parties have filed a stipulated motion (ECF No. 68) to extend claim construction deadlines in the first amended patent scheduling order entered on January 23, 2019 (ECF No. 57). For good cause shown, the motion is granted, and the patent scheduling order is further amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | 3/29/2019 |
| File Joint Claim Construction Statement | 4/19/2019 |
| Deadline for completing mediation | 5/17/2019 |
| Completion of claim construction discovery | 5/17/2019 |
| Service of opening claim construction brief | 5/31/2019 |
| Service of responsive claim construction brief | 6/28/2019 |
| Service of reply claim construction brief | 7/12/2019 |

All other deadlines set in the initial patent scheduling order remain unchanged. The deadlines set in this second amended patent scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 15, 2019, at Kansas City, Kansas.

                                            s/ James P. O'Hara
                                            James P. O'Hara
                                            U.S. Magistrate Judge